UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. EDCV 09-1703 JC<br><br>JUDGMENT |

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: September 22, 2010

                                   /s/
                    _____
                    Honorable Jacqueline Chooljian
                    UNITED STATES MAGISTRATE JUDGE